IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TRENTON BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:18-cv-00873 |
| | ) | Judge Trauger |
| WILSON COUNTY JAIL, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On May 2, 2019, the magistrate judge issued a Report and Recommendation (Docket No. 36), to which no timely objections have been filed. The only action by the plaintiff is another letter, addressed to the "Office of the Clerk", that does not fulfill the outstanding obligations ordered by the court. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this action is DISMISSED for failure to prosecute and failure to comply with this court's orders.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 17th day of June 2019.

_____
ALETA A. TRAUGER
U.S. District Judge